THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
AT CINCINNATI

*Granted.*
*Karen L. Litkovitz*
*5/3/16*

GARY W. MUFFLEY, Regional Director of the
Ninth Region of the National Labor Relations Board,
for and on behalf of the NATIONAL LABOR
RELATIONS BOARD

                        Applicant

v.                          Civil No. 1:15-CV-00612

TANISHA MALONE, AN INDIVIDUAL

                        Respondent

## MOTION TO WITHDRAW APPLICATION FOR ORDER REQUIRING OBEDIENCE TO SUBPOENAS AD TESTIFICANDUM

To the Honorable Magistrate Judge Karen L. Litkovitz of the United States District Court for the Southern District of Ohio at Cincinnati:

1. On September 16, 2015, Garey E. Lindsay, Regional Director of the Ninth Region of the National Labor Relations Board, For and on Behalf of the NATIONAL LABOR RELATIONS BOARD, filed an Application for an Order Requiring Obedience to Subpoena Ad Testificandum, with the Court requiring Respondent, Tanisha Malone, to appear and show cause, if any exists, why an order of the Court should not issue directing Respondent to attend and give testimony as directed by the subpoena ad testificandum that was served on her by the Applicant.